UNITED STATES FEDERAL DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| STEVEN JOHN-WILLIAM WHITE, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> IN-HOUSE MORTGAGE LLC, a Michigan limited liability company, <br><br> Defendant. | Case No. 2:21-cv-12575-TGB-EAS <br><br> Honorable Terrence G. Berg |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Steven John-William White hereby provides notice of the dismissal of this action with prejudice as to the Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

Dated: December 27, 2021

*/s/ Avi R. Kaufman*
Avi R. Kaufman
KAUFMAN P.A.
400 NW 26th Street
Miami, Florida 33127
Telephone: (305) 469-5881
kaufman@kaufmanpa.com

Stefan Coleman
LAW OFFICES OF STEFAN COLEMAN P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427
Facsimile: (888) 498-8946
law@stefancoleman.com

*Attorneys for Plaintiff and the putative Classes*