UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| STEVEN JOHN-WILLIAM WHITE, Plaintiff, vs. IN-HOUSE MORTGAGE LLC, Defendant. | 2:21-CV-12575-TGB ORDER DISMISSING CASE HONORABLE TERRENCE G. BERG |

Pursuant to the Notice of Voluntary Dismissal by Plaintiffs, this case is DISMISSED without prejudice.

DATED this 19th day of January, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge